**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Luis A. Castro, | Case No.: 2:24-cv-00389-APG-DJA |
| Petitioner | |
| v. | **Order Directing Petitioner to File Complete Application to Proceed *In Forma Pauperis* or Pay Filing Fee** |
| State of Nevada, *et al.*, | |
| Respondents | |

Luis A. Castro has submitted a *pro se* petition for writ of habeas corpus. [ECF No. 1-1.] He has filed an application to proceed *in forma pauperis*, but he has not include the financial certificate or inmate account statements. Accordingly, this action is subject to dismissal without prejudice as improperly commenced. 28 U.S.C. § 1915(a)(2); Local Rule LSR 1-2. However, the court will give petitioner 30 days to either (1) pay the $5.00 filing fee or (2) submit a financial certificate completed and signed by an authorized officer and an inmate account statement for the past six months.  Failure to do so may result in the dismissal of this action without prejudice and without further prior notice.

I THEREFORE ORDER that within **30 days** of the date of this order petitioner must submit either the $5.00 filing fee or a completed financial certificate and his inmate account statement for the past six months.

I FURTHER ORDER that if petitioner fails to comply with this order, this action may be dismissed without prejudice.

The Clerk of Court is directed to retain the petition but not file it at this time.

Dated: March 15, 2024

_____
U.S. District Judge Andrew P. Gordon