# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Luis A. Castro,<br><br>    Petitioner<br><br>v.<br><br>State of Nevada, *et al.*,<br><br>    Respondents | Case No.: 2:24-cv-00389-APG-DJA<br><br>**Order Denying Application to Proceed *In Forma Pauperis*** |

Luis A. Castro has submitted a *pro se* petition for writ of habeas corpus. ECF No. 1-1. He has now complied with my order to file a completed application to proceed *in forma pauperis*. *See* ECF No. 4. Based on the current information about petitioner's financial status, including any additional information he may have provided, I find that he is able to pay the full fee pursuant to 28 U.S.C. § 1915.

I THEREFORE ORDER that petitioner's application for leave to proceed *in forma pauperis* without having to prepay the full filing fee **[ECF No. 1] is DENIED**. Petitioner has **30 days** from the date this order is ENTERED to have the $5.00 filing fee sent to the Clerk of Court. Failure to do so may result in the dismissal of this action. The Clerk of Court is directed to RETAIN the petition but not file it at this time.

Dated: April 17, 2024

_____
U.S. District Judge Andrew P. Gordon