# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Luis A. Castro,<br><br>  Petitioner<br><br>v.<br><br>State of Nevada, *et al.*,<br><br>  Respondents | Case No.: 2:24-cv-00389-APG-DJA<br><br>**Order Granting Extension of Time to File Second Amended Petition to March 7, 2025**<br><br>[ECF No. 20] |

Petitioner Luis A. Castro asks the court for an extension of time to file a Second Amended 28 U.S.C. € 2254 habeas corpus petition. ECF No. 20. The Federal Public Defender, counsel for Castro, explains that there are voluminous medical records to review and that an investigator has only just begun to work on this case. Good cause appearing,

I ORDER that petitioner's unopposed motion for extension of time to file an amended petition **[ECF No. 20] is granted** *nunc pro tunc*. **The deadline to file an amended petition is extended to March 7, 2025**.

DATED this 3rd day of January, 2025.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE