**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Luis A. Castro, | Case No.: 2:24-cv-00389-APG-DJA |
| Petitioner | |
| v. | **Order Granting Extension of Time to File Second Amended Petition to May 6, 2025** |
| State of Nevada, *et al.*, | |
| Respondents | [ECF No. 22] |

Petitioner Luis A. Castro asks the court for an extension of time to file a second amended 28 U.S.C. € 2254 habeas corpus petition. ECF No. 22. The Federal Public Defender, counsel for Castro, states that an investigator has met with numerous witnesses, and an expert is finalizing a report. Good cause appearing,

I ORDER that petitioner's unopposed motion for extension of time to file an amended petition **[ECF No. 22] is granted** *nunc pro tunc*. **The deadline to file an amended petition is extended to May 6, 2025**.

DATED this 7th day of March, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE