# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Luis A. Castro,

    Petitioner

v.

State of Nevada, *et al.*,

    Respondents

Case No.: 2:24-cv-00389-APG-DJA

**Order Granting Extension of Time to File Second Amended Petition to July 7, 2025**

[ECF No. 26]

    Petitioner Luis A. Castro asks the court for an extension of time to file a second amended 28 U.S.C. § 2254 habeas corpus petition. ECF No. 26. The Federal Public Defender, counsel for Castro, states that she is in the process of drafting the petition, and an investigator has had to reschedule a meeting with a witness who is incarcerated out-of-county. Good cause appearing,

    I ORDER that petitioner's unopposed motion for extension of time to file an amended petition **[ECF No. 26] is granted** *nunc pro tunc*. **The deadline is extended to July 7, 2025**.

DATED this 8th day of May, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE