UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Luis A. Castro,<br><br>        Petitioner<br>v.<br><br>State of Nevada, et al.,<br><br>        Respondents | Case No. 2:24-cv-00389-APG-DJA<br><br>**Order Granting Extension of Time to File Response to Petition to November 5, 2025**<br><br>[ECF No. 40] |

The respondents ask the court for an extension of time to file a response to Luis A. Castro's 28 U.S.C. § 2254 habeas corpus petition. ECF No. 40.  Good cause appearing,

I ORDER that the respondents' motion for extension of time to file a response to the second amended petition **[ECF No. 40] is granted *nunc pro tunc*.  The deadline is extended to November 5, 2025**.

DATED this 6th day of October, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE